FOR PUBLICATION
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED

APR 27 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| **PUBLIC INTEGRITY ALLIANCE, INC.**, an Arizona nonprofit membership corporation; **BRUCE ASH**, an individual; **FERNANDO GONZALES**, an individual; **ANN HOLDEN**, an individual; **KEN SMALLEY**, an individual, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> **CITY OF TUCSON**, a chartered city of the State of Arizona; **JONATHAN ROTHSCHILD**, in his capacity as the Mayor of the City of Tucson; **REGINA ROMERO**, in her capacity as a member of the Tucson City Council; **PAUL CUNNINGHAM**, in his capacity as a member of the Tucson City Council; **KARIN UHLICH**, in her capacity as a member of the Tucson City Council; **SHIRLEY SCOTT**, in her capacity as a member of the Tucson City Council; **RICHARD FIMBRES**, in his capacity as a member of the Tucson City Council; **STEVE KOZACHIK**, in his capacity as a member of the Tucson City Council; **ROGER RANDOLPH**, in his capacity as the Clerk of the City of Tucson, <br><br> Defendants - Appellees. | No. 15-16142 <br><br> D.C. No. 4:15-cv-00138-CKJ <br><br> **ORDER** |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judge Murguia did not participate in the deliberations or vote in this case.